[No. 5293.]
[No. 2928 C. A.]

FORNWALD ET AL. v. NELSON ET AL.

**Former Opinion Followed.**

The judgment in this case is affirmed in accordance with Alamosa Creek Canal Co. v. Nelson, ante, p. 140.

*Appeal from the District Court of Conejos County.*
*Hon. Charles C. Holbrook, Judge.*

Action by Piadad Nelson, owner of the Hend Overflow; John Harvey, Jr.; The La Jara Creamery & Live Stock Association; Silas E. Newcomb, owner of the Arroya Ditch; The Union Ditch Company (a corporation) owner of the Union Ditch; John Harvey, owner of the North Alamosa Ditch; William H. Adams and Alva Adams, owners of the Overflow Ditch; John W. Flintham, David F. Howe and A. M. Benge, owners of the Flintham Ditch; The Morgan Ditch Company (a corporation) owner of the Morganville Ditch; George Hamilton, owner of the Plano Vista Ditch; John Lindon, Antone Olson, Claus Arnell and Charles J. Baxstrom, owners of the Scandinavian Ditch; A. Sherwin, John Mount, Jos-

eph Pursley, Frank Russell and William Neff, own-
ers of the Miller Ditch; who sue on behalf of them-
selves and all others similarly situated, against Peter
Fornwald, Henry Sherer, James Bond and George
Slovett, Water Commissioners of Water District No.
21 of the State of Colorado.   From a judgment for
plaintiffs, defendants appeal.          *Affirmed.*

Mr. JESSE STEPHENSON, for appellants.

Mr. IRA J. BLOOMFIELD, for appellees.

Mr. JUSTICE CAMPBELL delivered the opinion of
the court:

This  is  an  action  by  plaintiffs  (appellees
here), appropriators and users of water for irriga-
tion from the Alamosa river in water district No.
21 in this state, against defendants (appellants),
appropriators from the same stream, to restrain the
latter from diverting and using water from such
stream to the injury of plaintiffs, who, as against
defendants, are said to be prior appropriators.   The
judgment was for plaintiffs, and defendants appeal.
Precisely the same questions of law, and largely
the same questions of fact, are involved in this case
as in *Alamosa Creek Canal Co. v. Nelson,* the opin-
ion in which is published *ante,* p. 140; indeed, some
of the evidence is exactly the same in both cases.
All these questions, we think, were correctly decided
by the trial court, and upon the authority of the fore-
going decision the judgment is affirmed.

*Affirmed.*

CHIEF JUSTICE STEELE and Mr. JUSTICE GABBERT
concur.